## STATEMENT OF FACTS

On Thursday, November 7, 2024, at approximately 10:47 a.m., ShotSpotter technology alerted to the sound of five gunshots in the front of 78 53rd Place Southeast, Washington, D.C. MPD responded to the area and located a shooting victim ("Victim") in the 5300 block of Central Avenue Southeast, Washington D.C.

The Victim was in their vehicle, which had been in an accident, and they appeared to be suffering from a gunshot wound to their left eye. During the initial interaction with law enforcement, the Victim said they were driving southbound on 53rd Place Southeast when they heard shots being fired. The Victim was unable to provide a lookout for a suspect or a possible motive. Medic #27 responded to the scene and transported the Victim to Medstar Hospital prior to the detectives' arrival.

Detective Crichlow interviewed a 911 caller who indicated they were driving eastbound in the 5300 block of Central Avenue Southeast when they observed the Victim's car sitting on the median. The 911 caller said the Victim exited their car and started screaming for help. The 911 caller noticed blood on the Victim's shirt and pulled over to assist. When the 911 caller approached the Victim, they saw blood coming from the Victim's left eye, and the Victim was yelling "Where is my eye? Can you help me find my eyes?" The 911 caller then called 911.

Detective Wolf responded to MedStar Hospital and interviewed the Victim. The Victim indicated they were in their vehicle going to 51st Street when they heard three gunshots and realized they were bleeding. The Victim stopped and began asking people on the street to call 911 for them. The Victim stated that they had just "pulled off" when they heard the gunshots. The Victim advised that they were not in any road rage incident, nor did they see anyone shooting from any vehicles. The Victim denied "beefing" (having a serious disagreement) with anyone. The Victim was in stable condition, and the attending physician described the Victim's injury as "a hole in the eye."

During the investigation of this case, MPD obtained camera footage from multiple cameras. Just a few minutes before the shooting, footage from the 5300 block of East Capitol Street Southeast depicted, between 10:39 and 10:45 a.m., the suspect and a Person of Interest (POI-1) together in a store located less than a block from the shooting. Cameras captured the Suspect wearing a black jacket with logos on it, white shirt, dark ripped jeans, and black and white shoes. POI-1 was wearing a pink shirt, blue jacket, black leggings, and black and gray shoes.



Footage from the unit block of 53rd Place Southeast depicted, at approximately 10:45 a.m., two minutes before the shooting, the Suspect and POI-1 walked southbound in the alley between the unit block of 53rd Street Southeast and 53rd Place Southeast.



Footage from the unit block of 53rd Place Southeast showed, at approximately 10:47 a.m., the Victim's vehicle traveled southbound and out of view. Just after the Victim's vehicle drove out of view, the suspect can be seen on the west sidewalk walking southbound with POI-1. The suspect retrieved a large firearm and appeared to shoot the firearm multiple times southbound in the direction of Victim's vehicle. As the suspect fired, POI-1 turned and ran in the opposite direction. The suspect briefly ran south in the direction of the Victim's vehicle and out of camera view. Approximately nine seconds later, the suspect returned to the camera's view and ran northbound on 53rd Place Southeast.



Detective Wilson spoke to a person who was asleep in their vehicle when the gunshots occurred. The person reported that they saw two individuals running northbound on 53rd Place, but they were unable to provide a lookout for either person at the time of the initial conversation. The person did not see a weapon.

K9 Officer Reid, along with K-9 Kobi, responded to the scene to assist with the canvass for any firearm evidence, including shell casings. K-9 Kodi located five 7.62x39 caliber cartridge casings. The cartridge casings were located in the area where the Suspect was seen shooting on the above-described camera footage. Moreover, 7.62x39 caliber ammunition is ammunition that can be used in a compact rifle, which is consistent with the size of the large firearm the Suspect is observed firing at the Victim.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were used in the District of Columbia.

Detective Wright spoke with members of the Sixth District Crime Suppression Team and requested that they review obtained camera footage to see if any of the members recognized either the Suspect or POI-1. Officer Suarez recognized the Suspect to be DEANGELO JONES.

Officer Suarez is also familiar with JONES' social media pages. Officer Suarez obtained from JONES' Instagram account ("1tappvsworky5") an image, posted on November 7, 2024 (the day of the shooting), which shows a person with their face obstructed by a tombstone "sticker" wearing what appears to be the same shoes, pants, shirt, watch and backpack as the shooting Suspect.

  

Officer Suarez later located a post on Mr. JONES' social media in which there are multiple photos of Mr. JONES that appear to be taken in the same "photo shoot" as the post observed on November 7, 2024. In these multiple photos from the "photo shoot", JONES is clearly identifiable and visible without the "sticker" obstructing his face. Furthermore, multiple additional images posted on JONES' social media pages depict him wearing the same distinctive watch.



A WALES/NCIC check of Mr. Jones revealed that he is currently under court supervision from Maryland (Montgomery County). Detective Wright called the Division of Parole and Probation and was provided with the contact information of Mr. JONES supervision agent. Detective Wright called and spoke with Mr. JONES' assigned Agent at the Division of Patrol and Probation and requested that they view still images to see if they recognized the person. Detective Wright did not tell the agent the Suspect's name. The agent viewed the still images below from the 5100 block of East Capitol Street Southeast and recognized the person to be her supervisee, JONES.



On November 16, 2024, Officer Suarez viewed an image posted on JONES' Instagram account. The person pictured again had a tombstone "sticker" over their face but was wearing what appears to be the same sneakers as the shooting Suspect and JONES in the above-described Instagram "photo shoot" posts. The person is holding a compact rifle, and there is a compact rifle against the wall. Although text on the image reads "#PROPS FOR MOVIE," the compact rifle against the wall appears consistent with a rifle that fires the 7.62 caliber ammunition used in the shooting because the large capacity feeding device is a curved ("banana") design.



On November 21, 2024, the Metropolitan Police Department executed a search warrant at JONES' address and recovered a black Glock firearm hidden underneath a stove. JONES was taken into custody pursuant to a D.C. Superior Court arrest warrant, and he engaged in a custodial interview after waiving his Miranda rights. During that interview, and among other statements which are not summarized here, JONES admitted that he had recently acquired the Glock firearm found under the stove. JONES also admitted that he committed the November 7, 2024 shooting but indicated that he thought he was in danger from the Victim.

JONES has prior criminal felony convictions for crimes that are punishable by a term of incarceration greater than one year. Specifically, JONES has a prior conviction for Carrying a Pistol Without a License, which carries a five year statutory maximum sentence, in D.C. Superior Court case 2022 CF2 000386. On April 21, 2022, JONES was sentenced to eight months of incarceration, execution of the sentence suspended as to all, and one year of supervised probation. Additionally, in Montgomery County, Maryland case number D-06-CR-23-007644, JONES was convicted of Unlawful Taking of a Motor Vehicle. On August 8, 2024, JONES was sentenced to five years of incarceration, execution of sentence suspended as to all but 90 days, and two years of supervised probation. As a result, at the time of the November 7, 2024 offense, JONES was aware that he had a prior conviction for a crime punishable by more than one year of imprisonment. The facts in this Statement of Facts come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.

Based on the foregoing, your affiant submits that there is probable cause to believe that on or about November 7, 2024, Defendant DeAngelo JONES violated 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm.

_____
Joshua Smith-Shimer
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on November 22, 2024.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge